The People of the State of Illinois, defendant in error, v. Alma Jackson, plaintiff in error. Gen. No. 32,744.

Opinion filed November 7, 1928.

Donald McEachern, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; John Holman and Edw. E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Christ Wheeler, defendant in error, v. David Jamieson and Malcolm Jamieson, trading as Jamieson Bros., plaintiffs in error. Gen. No. 32,759.

Opinion filed November 7, 1928. Rehearing denied November 23, 1928.

Harold L. Ickes, for plaintiffs in error. Jesse Wilcox, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Elmer Jordan and Walter Dettmann, trading as Jordan & Dettmann, appellants, v. W. C. Warner, appellee. Gen. No. 32,775.

Opinion filed November 7, 1928.

James H. Turner and Arthur Lewis Hoffman, for appellants. Mahony & Palmer, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Max Clamitz, appellee, v. Fort Dearborn Automobile Insurance Company, appellant. Gen. No. 32,696.

Opinion filed November 19, 1928.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Harold A. Fein, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.